```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

IN RE:                          )
                                )
500 OAKWOOD LLC, et al.,        )    (Bankr. N.D. Ill. 10-34821)
                                )    (Adv. 10-2387)
          Debtors.              )
_____)
                                )
MAGIL CORPORATION,              )
                                )
          Plaintiff,            )
                                )
     v.                         )    No.  11 C 1004
                                )
AMERITECH ELEVATOR COMPANY,     )
INC.,                           )
                                )
          Defendant.            )

## MEMORANDUM ORDER

Someone named LaToya Henderson ("Henderson") has just tendered to the Clerk's Office, and that office has affixed a civil action label to, a set of documents comprising only (1) Findings of Fact and Conclusions of Law issued by Bankruptcy Judge John Squires on January 27 in Adversary No. 10-2387 (part of Bankruptcy Case No. 10-34821, In re 500 Oakwood LLC, et al.), (2) a civil cover sheet that describes the "Cause of Action" as "Findings of Facts and Conclusion of Law," (3) a form communication to the Clerk of the Bankruptcy Court describing the Record on Appeal as consisting of the Civil Cover Sheet and a Transmittal Letter (the latter is not included among the papers filed or delivered to this Court's chambers) and (4) a photocopy of the Bankruptcy Court docket in the adversary proceeding.  That

incomplete set of papers does not of course suffice as an effective appeal.[1] Accordingly this Court strikes the entire filing sua sponte and dismisses this action for the lack of any showing of subject matter jurisdiction--but this dismissal is without prejudice to the matter being retendered in proper form.

                                                */s/ Milton I. Shadur*
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: February 17, 2011

---

[1] This Court notes that Henderson is not listed as a lawyer in Sullivan's Legal Directory--and if she <u>is</u> a lawyer, there is no identification of the party whom she presumably seeks to represent.